**SEALED**

BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2716
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
SEP 10 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:13-MJ-0279 AC

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | [PROPOSED] SEALING ORDER |
| v. | |
| BONIFACIO TORRES-HURTADO, aka Bonifacio Hurtado Torres, aka Bonifacio Torres Hurtado, aka Bonifacio Hurtado Torrez, aka Hurtado Torres, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court.

IT IS SO ORDERED.

DATED: September 10, 2013

_____
HON. ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Sealing Order
U.S. v. Torres-Hurtado

1