1  BENJAMIN B. WAGNER
   United States Attorney
2  NIRAV K. DESAI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:14-CR-0233 TLN

12                     Plaintiff,          STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13          v.                             FINDINGS AND ORDER

14  BONIFACIO TORRES-HURTADO,              DATE: November 20, 2014
      aka Bonifacio Hurtado Torres,        TIME: 9:30 a.m.
15    aka Bonifacio Hurtado Torrez,        COURT: Hon. Troy L. Nunley
      aka Hurtado Torres,
16
                       Defendant.
17

18

19                              **STIPULATION**

20          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

21  through defendant's counsel of record, hereby stipulate as follows:

22          1.      By previous order, this matter was set for status on November 20, 2014.

23          2.      By this stipulation, defendant now moves to continue the status conference until January

24  8, 2015, at 9:30 a.m., and to exclude time between November 20, 2014, and January 8, 2015, under

25  Local Code T4.

26          3.      The parties agree and stipulate, and request that the Court find the following:

27          a)      The government has represented that the discovery associated with this case

28  includes 292 pages of documents from the defendant's immigration file.  All of this discovery

has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to investigate his client's case, including in regards to his prior conviction, discuss potential resolution with the government, and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 20, 2014 to January 8, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4    IT IS SO STIPULATED.

5

6

7  Dated:  November 17, 2014                    BENJAMIN B. WAGNER
                                               United States Attorney

8

9                                              /s/ NIRAV K. DESAI
                                               NIRAV K. DESAI
10                                             Assistant United States Attorney

11

12  Dated:  November 17, 2014                   /s/ Nirav K. Desai for Berndt
                                               Ingo Brauer, as authorized on
13                                             November 17, 2014
                                               BERNDT INGO BRAUER,
14                                             ESQ.
                                               Counsel for Defendant

15

16

17

18                            **FINDINGS AND ORDER**

19

20    IT IS SO FOUND AND ORDERED this 17th day of November, 2014.

21

22

23

24                                             Troy L. Nunley
                                               United States District Judge

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT