1  BENJAMIN B. WAGNER
   United States Attorney
2  NIRAV K. DESAI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,         | CASE NO. 2:14-CR-0233 TLN
12 |                     Plaintiff,    | STIPULATION REGARDING EXCLUDABLE
   |                                   | TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |           v.                      | FINDINGS AND ORDER
14 | BONIFACIO TORRES-HURTADO,         | DATE: January 8, 2015
   |   aka Bonifacio Hurtado Torres,   | TIME: 9:30 a.m.
15 |   aka Bonifacio Hurtado Torrez,   | COURT: Hon. Troy L. Nunley
   |   aka Hurtado Torres,             |
16 |                                   |
17 |                     Defendant.    |

18

19                              **STIPULATION**

20       Plaintiff United States of America, by and through its counsel of record, and defendant, by and
21  through defendant's counsel of record, hereby stipulate as follows:

22       1.   By previous order, this matter was set for status on January 8, 2015.

23       2.   By this stipulation, defendant now moves to continue the status conference until February
24  12, 2015, and to exclude time between January 8, 2015, and February 12, 2015, under Local Code T4.

25       3.   The parties agree and stipulate, and request that the Court find the following:

26            a)   The government has represented that the discovery associated with this case
27       includes 292 pages of documents from the defendant's immigration file. All of this discovery
28       has been either produced directly to counsel and/or made available for inspection and copying.

        b)        On December 12, 2014, the government provided additional material to the defendant, which the defendant had requested.  Furthermore, the government is presently attempting to assist the defendant's counsel with obtaining reports from a prior drug trafficking case in which the defendant was convicted; the defendant's counsel has been attempting to obtain that material with limited success.  The government has advised the defendant's counsel that it cannot guarantee its ability to locate and obtain the reports at issue.

        c)        Counsel for defendant desires additional time to investigate his client's case, including in regards to his prior conviction, discuss potential resolution with the government, and otherwise prepare for trial.

        d)        Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)        The government does not object to the continuance.

        f)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 8, 2015 to February 12, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 5, 2015                          BENJAMIN B. WAGNER
                                                United States Attorney


                                                /s/ NIRAV K. DESAI
                                                NIRAV K. DESAI
                                                Assistant United States Attorney


Dated: January 5, 2015                          /s/ Nirav K. Desai for Berndt
                                                Ingo Brauer, as authorized on
                                                January 5, 2015
                                                BERNDT INGO BRAUER,
                                                ESQ.
                                                Counsel for Defendant


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 5th day of January, 2015.


                                                _____
                                                Troy L. Nunley
                                                United States District Judge