BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BONIFACIO TORRES-HURTADO,<br>　aka Bonifacio Hurtado Torres,<br>　aka Bonifacio Hurtado Torrez,<br>　aka Hurtado Torres,<br><br>　　　　　　　　Defendant. | CASE NO.  2:14-CR-0233 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 12, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　1.　　By previous order, this matter was set for status on February 12, 2015.

　　2.　　By this stipulation, defendant now moves to continue the status conference until April 16, 2015, and to exclude time between February 12, 2015, and April 16, 2015, under Local Code T4.

　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　a)　　The government has represented that the discovery associated with this case includes 292 pages of documents from the defendant's immigration file.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)     On December 12, 2014, the government provided additional material to the defendant, which the defendant had requested.

      c)     On January 29, 2015, the government provided the defendant's counsel with a copy of the recordings of the defendant's prior immigration proceedings; defendant's counsel had expressed in interest in obtaining those recordings, and the government was able to obtain them.

      d)     Counsel for defendant desires additional time to investigate his client's case. Specifically, the defendant's counsel is conducting additional investigation and research into immigration issues related his client that may, in his view, impact the criminal proceedings. Additionally, the defendant's counsel is in the process of having prepared transcripts of his client's immigration proceedings and proceedings from a prior criminal case from the Central District of California, the latter of which the defendant's counsel believes has some relevance to these proceedings.

      e)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      f)     The government does not object to the continuance.

      g)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      h)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 12, 2015 to April 16, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 10, 2015                                BENJAMIN B. WAGNER
                                                         United States Attorney


                                                         /s/ NIRAV K. DESAI
                                                         NIRAV K. DESAI
                                                         Assistant United States Attorney


Dated:  February 11, 2015                                /s/ Nirav K. Desai for Berndt
                                                         Ingo Brauer, as authorized on
                                                         February 11, 2015
                                                         BERNDT INGO BRAUER,
                                                         ESQ.
                                                         Counsel for Defendant


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 11th day of February, 2015.


                                                         _____
                                                         Troy L. Nunley
                                                         United States District Judge