BENJAMIN B. WAGNER
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916-554-2716

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>             v.<br><br>BONIFACIO TORRES-HURTADO,<br><br>                        Defendant. | CASE NO.  2:14-CR-0233 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 16, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through the defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on April 16, 2015.

2.      By this stipulation, the defendant now moves to continue the status conference until May 21, 2015, and to exclude time between April 16, 2015, and May 21, 2015, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

      a)      The government has represented that the discovery associated with this case includes 303 pages of discovery, primarily taken from the defendant's immigration file.  This discovery has been produced directly to counsel for the defendant.

      b)      Counsel for the defendant desires additional time to investigate his client's case. In particular, the defendant's counsel is conducting ongoing investigation and research into immigration issues related to his client that, in his view, may impact the criminal proceedings.

1   Additionally, the defendant's counsel requires time to review transcripts he had prepared of his

2   client's immigration proceedings and proceedings from a prior criminal case from the Central

3   District of California, the latter of which the defendant's counsel believes has some relevance to

4   these proceedings.

5          c)      Counsel for the defendant believes that failure to grant the above-requested

6   continuance would deny him the reasonable time necessary for effective preparation,

7   consideration of potential resolutions, and consultation with his client, taking into account the

8   exercise of due diligence.

9          d)      The government does not object to and joins the request for the continuance.

10         e)      Based on the above-stated findings, the ends of justice served by continuing the

11  case as requested outweigh the interest of the public and the defendant in a trial within the

12  original date prescribed by the Speedy Trial Act.

13         f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14  et seq., within which trial must commence, the time period of April 16, 2015 to May 21, 2015,

15  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

16  because it results from a continuance granted by the Court at defendant's request on the basis of

17  the Court's finding that the ends of justice served by taking such action outweigh the best interest

18  of the public and the defendant in a speedy trial.

19         4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

20  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

21  must commence.

22         IT IS SO STIPULATED.

23

24  Dated:  April 14, 2015                          BENJAMIN B. WAGNER
                                                    United States Attorney

25

26                                                  /s/ *Katherine T. Lydon*
                                                    KATHERINE T. LYDON
27                                                  Assistant United States Attorney

28

1

Dated:  April 14, 2015

/s/ *Berndt Ingo Brauer*
(as authorized on April 14, 2015)
BERNDT INGO BRAUER
Counsel for Defendant
Bonifacio Torres-Hurtado

2

3

4

5

6

**FINDINGS AND ORDER**

7

IT IS SO FOUND AND ORDERED this 15th day of April, 2015.

8

9

10

11

Troy L. Nunley
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28