BENJAMIN B. WAGNER
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916-554-2722

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BONIFACIO TORRES-HURTADO,<br><br>Defendant. | CASE NO. 2:14-CR-233 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: June 25, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through the defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 25, 2015.

2. By this stipulation, the defendant now moves to continue the status conference until August 13, 2015, at 9: 30 a.m., and to exclude time between June 25, 2015, and August 13, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes 303 pages of discovery, primarily taken from the defendant's immigration file. This discovery has been produced directly to counsel for the defendant.

b) Counsel for the defendant desires additional time to investigate his client's case. In particular, the defendant's counsel is investigating issues related to his client's sentencing

proceeding in a prior criminal case in the Central District of California, as well as issues relating to a potential future asylum proceeding in immigration court, which the defendant's counsel believes could have some relevance to these proceedings.

      c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, consideration of potential resolutions, and consultation with his client, taking into account the exercise of due diligence.

      d)      The government does not object to and joins the request for the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 25, 2015 to August 13, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//
//
//
//
//
//
//
//
//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 23, 2015                                BENJAMIN B. WAGNER
                                                     United States Attorney


                                                     /s/ *Katherine T. Lydon*
                                                     KATHERINE T. LYDON
                                                     Assistant United States Attorney


Dated:  June 23, 2015                                */s/ Berndt Ingo Brauer*
                                                     *(as authorized)*
                                                     BERNDT INGO BRAUER
                                                     Counsel for Defendant
                                                     Bonifacio Torres-Hurtado


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 23rd day of June, 2015.

                                                     Troy L. Nunley
                                                     United States District Judge