UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
November 23, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BONIFACIO TORRES-HURTADO,

Defendant.

Case No. 2:14-cr-00233-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  BONIFACIO TORRES-HURTADO ,

Case No. 2:14-cr-00233-TLN  Charge from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

  X    Bail Posted in the Sum of $   600,000 secured by property

\_\_\_\_\_   Unsecured Appearance Bond $ _____

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

  X    (Other): Pretrial services conditions

Issued at Sacramento, California on November 23, 2015 at  11:30 am

By: _____

Magistrate Judge Carolyn K. Delaney