UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BONIFACIO TORRES-HURTADO,<br><br>　　　　Defendant. | No. 2:14-CR-00233-GEB<br><br>**ORDER DISCUSSING IN LIMINE MOTIONS AND DEFENDANT'S REQUEST TO DISMISS THE INDICTMENT** |

　　　　On July 8, 2016, defendant filed what he characterizes as motions in limine. One of the motions seeks to exclude witnesses from the courtroom. The parties should meet and confer about this matter because it is a matter typically decided without argument. Another motion seeks to allow jurors to keep a copy of the closing jury instructions. This request is granted. Defendant also makes a non-specific request to exclude evidence, which is denied since the motion is not specific enough to justify an in limine ruling. Nor has defendant shown that his production of evidence request presents a controversy sufficient for an in limine ruling. Defendant also includes a motion to dismiss the indictment, which is not an in limine motion. The government opposes the dismissal motion, arguing inter alia it should be denied because of Defendant's failure to satisfy the procedural requirements in 8 U.S.C. § 1326(d)(1)-(2). The government is correct. Therefore, the dismissal motion is denied.

1            For the stated reasons, Defendant's motions filed on
2 July 8, 2016 are denied and granted in part.
3            Further, on July 8, 2016, the United States filed four
4 in limine motions.  It seeks to introduce evidence in one of the
5 motions; however, the request will be decided during the trial.
6 The United States also seeks to defendant from references his
7 "green card". Possession of this card is not a defense to the
8 indicted charge, and Defendant has not shown this evidence is
9 admissible.  Defendant's response to the remaining motions evince
10 that no judicial decision is required because the motions do not
11 present controversies on which a decision is necessary.
12           For the stated reasons, the government's motions filed
13 on July 8, 2016 are denied and granted in part.
14           Therefore, the August 5, 2016 hearing on the motions is
15 vacated.
16 Dated:  August 3, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2