BERNDT INGO BRAUER
ATTORNEY AT LAW
STATE BAR NO. 96699
111 WEST ST. JOHN STREET
SUITE 555
SAN JOSE, CA 95113
TEL: (408) 275-1290  FAX: (408) 275-1396

Attorney for Defendant
BONIFACIO TORRES-HURTADO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00233-GEB |
| Plaintiff, | **[PROPOSED]** |
| vs. | **ORDER FOR EXONERATION OF PROPERTY BOND** |
| BONIFACIO TORRES-HURTADO, | |
| Defendant | |

FOR GOOD CAUSE SHOWN, it is hereby ordered that the Property Bond posted on behalf defendant, Bonifacio Torres-Hurtado, in the amount of $600,000.00 is hereby exonerated.

It is further ordered that the Clerk of the U.S. District Court for the Eastern District of California issue Deeds of Reconveyance to the following individuals:

1. Raymundo Mendoza for his property described as:
   904 Domingo Court
   Turlock, CA  95380
   (Parcel Nr. 089-009-002-000)

2. Jazmin Torres for her property described as:
   659 Fifth Street
   Vallejo, CA  94590
   (Parcel Nr. 0061-073-080)

[Proposed] Order For Exoneration of Property Bond

3. Bonifacio Torres-Hurtado and Maria Mendoza for their property described as:
   2710 Sonoma Blvd.
   Vallejo, CA  94590
   (Parcel Nr. 0056-045-190, 0056-045-200)

Dated:  April 18, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

[Proposed] Order For Exoneration of Property Bond